## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America *ex rel.* Dolos Analytics, LLC, a Delaware Limited Liability Company,**<br>*Plaintiff*<br><br>**v.**<br><br>**ABC Home & Commercial Services, Inc., a Texas Corporation, f/k/a ABC Pest Control, Inc. of Austin,**<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:25-CV-00733-ADA-SH** |

### <u>ORDER LIFTING SEAL</u>

Now before the Court is the Government's Sealed Notice of Election to Decline Intervention and Motion to Unseal (Dkt. 13), filed March 12, 2025.[1]

On May 14, 2025, Relator Dolos Analytics, LLC filed this *qui tam* suit under the False Claims Act, 31 U.S.C. § 3730(b), on behalf of the United States against Defendant ABC Home & Commercial Services, Inc. Dkt. 1. A relator "must file his complaint under seal, and serve both '[a] copy' and supporting 'material evidence' on the Government alone." *United States ex rel. Polansky v. Exec. Health Res., Inc.*, 599 U.S. 419, 425 (2023) (quoting § 3730(b)(2)). The Government then has 60 days (often extended for good cause) to decide whether to "intervene and proceed with the action." §§ 3730(b)(2)-(3).

Because the statute requires *qui tam* actions to be filed under seal, this Magistrate Judge granted Relator's motion to seal and sealed this action on June 9, 2025. Dkt. 4. The Government now notifies the Court that it will not intervene and moves to unseal the case. The Government also

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.

asks under § 3730(b)(1) that if either Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval. The Government also asks that it be served with all pleadings filed in this action and reserves the right to intervene at any time for good cause under § 3730(c)(3).

Because the Government's requests are permitted under the False Claims Act, 31 U.S.C. § 3730, the Court **GRANTS** the Government's Sealed Notice of Election to Decline Intervention and Motion to Unseal (Dkt. 13) and **ORDERS**:

(1)    the Clerk to **UNSEAL** Relator's Complaint (Dkt. 1), the Government's Notice of Election to Decline Intervention and Motion to Unseal (Dkt. 13), and this Order;

(2)    Dkt. Nos. 2-12 shall **REMAIN SEALED**;

(3)    the Clerk to **LIFT the SEAL** as to all future matters in this action after the date of this Order and **ORDERS** the Clerk to make this action **ACCESSIBLE** on the Court's CM/ECF system and/or PACER to the public;

(4)    Relator to **SERVE** the Complaint (Dkt. 1) on Defendant and thereafter **SERVE** the Government's Notice of Election to Decline Intervention and Motion to Unseal (Dkt. 14) and this Order on Defendant;

(5)    the parties to **SERVE** all pleadings and motions filed in this action, including supporting memoranda, on the United States, as provided in 31 U.S.C. § 3730(c)(3);

(6)    that the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time, as provided in 31 U.S.C. § 3730(c)(3);

(7)    the parties to **SERVE** all notices of appeal on the United States;

(8)    the Clerk to **SEND** all orders of this Court to the United States; and

2

(9)   that should the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued under 31 U.S.C. § 3730(b), the Court shall solicit the written consent of the United States before ruling or granting its approval.

**SIGNED** on March 27, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE